**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>TIMOTHY BRUCE TAYLOR,<br><br>Defendant. | 1:O3-CR-5161<br><br>**ORDER SETTING BRIEFING SCHEDULE ON DEFENDANT'S MOTION FOR RELEASE OF FUNDS AND TO SET PAYMENT SCHEDULE**<br><br>Doc. # 108 |

On October 2, 2014, the court received a communication that appears to be in the form of a brief memorandum or letter from defendant Timothy Bruce Taylor (or Timmie Taylor) (hereinafter, "Defendant") requesting the court's intervention in the seizure of his bank account and his consequent inability to make payments to secure housing. The brief communication from Defendant requests that the court order the U.S. Attorney to release funds from Defendants bank account and that the court order the U.S. Attorney to meet with Defendant to negotiate a payment schedule for court-ordered restitution. The communication from Defendant also has attached a letter requesting essentially the same relief directed to the office of the U.S. Attorney and a letter from the office of Senator Barbara Boxer indicating communication with that office concerning the same matter.

The Clerk of the Court construed the communication from Defendant as a "Motion for Court Order to Release Funds" (hereinafter, Plaintiff's "Motion"). The court has examined Plaintiff's Motion and finds that it adequately states what is sought and the reasons therefore. Consequently the court will construe the submission by Plaintiff to be a motion as well. The court notes that the Deputy U.S. Attorney and Plaintiff's attorney of record have received electronic notice of Plaintiff's Motion. The court will therefore proceed to set a schedule for further briefing as follows:

THEREFORE, it is hereby ORDERED that the U.S. Attorney shall file and serve a response to Plaintiff's Motion not less than fourteen (14) days from the date of filing of this order. Such response may be an opposition to Plaintiff's Motion, a notice of intent to meet and confer with Plaintiff, or any other response deemed appropriate by the U.S. Attorney. Any response requesting further time shall specify both the nature of the response anticipated and the amount of time needed to provide such response. The clerk of the court shall send a courtesy copy of Plaintiff's Motion along with a copy of this order to Supervised Release Department of Probations Services.

IT IS SO ORDERED.

Dated:   October 8, 2014                                         _____
                                                                 SENIOR DISTRICT JUDGE